Certificate Number: 05781-CAE-DE-041387350

Bankruptcy Case Number: 26-12492

05781-CAE-DE-041387350

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 30, 2026, at 9:21 o'clock PM PDT, Gibran Carrera Martnez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date: August 30, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President